IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY JOHNSON,

    Plaintiff,

    v.

COUNTY OF MONTEREY,

    Defendant.

No. C 10-04633 JSW

**ORDER TO SHOW CAUSE**

This matter is set for a hearing on February 24, 2012 on Defendants' motion to dismiss Plaintiff's First Amended Complaint or, in the alternative, for summary judgment, and motion to strike prayer for punitive damages. An opposition was due to be filed by Plaintiff by no later than October 25, 2011. The Court has received no submission from Plaintiff.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing no later than **January 20, 2012**, as to why this case should not be dismissed for failure to prosecute. Failure to respond to this Order shall result in dismissal of this matter without prejudice.

**IT IS SO ORDERED.**

Dated: January 5, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROY JOHNSON,

    Plaintiff,

v.

COUNTY OF MONTEREY et al,

    Defendant.

Case Number: CV10-04633 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roy Johnson
P.O. Box 5371
Corning, CA 96021

Dated: January 5, 2012

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2