**United States District Court**
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  ROY JOHNSON,
10          Plaintiff,                        No. C 10-04633 JSW
11      v.
12  COUNTY OF MONTEREY,                       **ORDER DISCHARGING ORDER
                                              TO SHOW CAUSE**
13          Defendant.
                                    /
14
15          This matter is set for a hearing on February 24, 2012 on Defendants' motion to dismiss
16  Plaintiff's First Amended Complaint or, in the alternative, for summary judgment, and motion
17  to strike prayer for punitive damages.  On January 5, 2012, this Court issued an order to show
18  cause to Plaintiff as to why this case should not be dismissed for failure to prosecute.  However,
19  upon further review of the record, the Court finds that Plaintiff opposed the motion to dismiss
20  while the case was pending before Judge Fogel and that the motion is fully briefed.  The Court
21  therefore DISCHARGES the order to show cause.  No further submissions are required from
22  either party.
23          **IT IS SO ORDERED.**
24  Dated:  January 17, 2012                   _____
25                                             JEFFREY S. WHITE
                                               UNITED STATES DISTRICT JUDGE
26                                             By: HONORABLE JAMES WARE
27
28