IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROY JOHNSON,

    Plaintiff,

v.

COUNTY OF MONTEREY,

    Defendant.

No. C 10-04633 JSW

**ORDER VACATING HEARING ON MOTION TO DISMISS FIRST AMENDED COMPLAINT**

The motion to dismiss or, in the alternative, for summary judgment, filed by the County of Monterey (the "County") is scheduled for a hearing on February 24, 2012. The Court has considered the parties' papers, relevant legal authority, and the record in this case, and it finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). The hearing scheduled for February 24, 2012 is VACATED. The motion is under submission, and the Court shall issue a ruling in due course.

**IT IS SO ORDERED.**

Dated: February 15, 2012

                                                JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROY JOHNSON,

    Plaintiff,

  v.

COUNTY OF MONTEREY et al,

    Defendant.

Case Number: CV10-04633 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 15, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roy Johnson
P.O. Box 5371
Corning, CA 96021

Dated: February 15, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk