**United States District Court**
For the Northern District of California

1

2

3

4

5

6                        IN THE UNITED STATES DISTRICT COURT

7

8                        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ROY JOHNSON,                              No. C 10-04633 JSW

10           Plaintiff,

11   v.                                        **ORDER**

12   COUNTY OF MONTEREY,

13           Defendant.
     _____/

14

15          On March 9, 2012, this Court issued an Order granting Defendant's motion to dismiss

16   and granting Plaintiff leave to amend.  The Court ORDERED Plaintiff to file his amended

17   complaint by no later than April 27, 2012, and it expressly advised Plaintiff that if he failed to

18   file an amended complaint by that date, the Court would dismiss with prejudice.

19          On April 9, 2012, the Court received an envelope of materials from Plaintiff.  According

20   to the proof of service submitted with those materials, Plaintiff submitted a "due process brief"

21   and "various attachments."  The Court only received pages 17 and 18 of the purported brief.

22   The Court ORDERS the Clerk to file those pages and the proof of service in the public record.

23          The documents submitted as "various attachments" include some of Plaintiff's medical

24   records.  The Court HEREBY ORDERS that all of the attachments shall be filed under seal

25   pending further order of the Court.

26          Because the Court did not receive a complete copy of the "due process brief," the Court

27   cannot construe the documents it did receive as an amended complaint.  Accordingly, if

28   Plaintiff wishes the Court to consider this brief, he must submit a complete copy of that

     document by

April 20, 2012.

Pending further order of the Court, Plaintiff still must file his amended complaint by no later than April 27, 2012.  Pursuant to the Court's March 9, 2012 Order, any amendment shall be limited to the allegations that the County violated Johnson's right to procedural due process. Johnson must allege facts to show that the County has a custom, policy, or practice with respect to the allegations supporting the alleged violations of his due process rights.

Finally, the Court HEREBY ADVISES Johnson that a Handbook for Pro Se Litigants, which is available through the Court's website or in the Clerk's office, contains helpful information about proceeding without an attorney.  The Court also advises Johnson that he also may wish to seek assistance from Federal Legal Assistance Self-Help program.  If Johnson chooses to utilize this resource, he should call 408-297-1480 to make an appointment.

**IT IS SO ORDERED.**

Dated: April 11, 2012

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ROY JOHNSON,

          Plaintiff,

   v.

COUNTY OF MONTEREY et al,

          Defendant.
_____/

Case Number: CV10-04633 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 11, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Roy Johnson
P.O. Box 5371
Corning, CA 96021

Dated: April 11, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

**United States District Court**

For the Northern District of California